# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Paul Thaddaeus Kirkman Frizzel, II,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv61

State of North Carolina,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/3/12 Order.

                                                  Signed: February 3, 2012

Frank G. Johns, Clerk
United States District Court